IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DAVID DIETZEL, | ) |
| | ) |
| Plaintiff, | ) Case No. 3:11-cv-357-JE |
| | ) |
| v. | ) JUDGMENT |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | |

BROWN, District Judge:

Based on the Court's Order (#25) issued on September 5, 2012, the Court hereby ADOPTS the Magistrate Judge's Findings and Recommendation (#21) and, accordingly, DISMISSES this matter.

IT IS SO ORDERED.

DATED this 10th day of September, 2012.

_____
ANNA J. BROWN
United States District Judge